**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: BERNICE MUHAMMAD, Association, | )<br>)<br>) |
| Debtor/ Appellant, | ) Bankr. Case No. 04-16354-WSS-13 |
| v. | )<br>) CIVIL ACTION NO. 09-0148-CG-M |
| OPTION ONE MORTGAGE | )<br>) |
| Appellee. | ) |

## ORDER

This matter is before the court on the motions of Bernice Muhammad for extention of time to file brief (Doc. 7) and to compel the U.S. Bankruptcy Court to produce and deliver requested records to the District Court (Doc. 9). A review of the record reveals that the U.S. Bankruptcy Court has produced the records requested by Muhammad. The electronic court file of this case, in this court, contains copies of her requested records at document numbers 1 through 5. Thus, the motion to compel is **MOOT**.

Muhammad's request for an extension of time appears to be based primarily on the bankruptcy records not having been transmitted to this court. As stated above, it appears that all designated bankruptcy records have been made a part of the record in this case. Thus, there appears to be no reason for delay. Accordingly, appellant is **ORDERED** to file her brief **on or before September 17, 2010.**

**DONE and ORDERED** this 2nd day of September, 2010.

          /s/   Callie V. S. Granade
    UNITED STATES DISTRICT JUDGE