**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: BERNICE MUHAMMAD, ) | |
| ) | |
| Debtor/ Appellant, ) | Bankr. Case No. 04-16354-WSS-13 |
| ) | |
| v. ) | CIVIL ACTION NO. 09-0148-CG-M |
| ) | |
| OPTION ONE MORTGAGE ) | |
| ) | |
| Appellee. ) | |

## ORDER

This matter is before the court on the second motion of Bernice Muhammad for the recusal and disqualification of the undersigned judge. (Doc. 15). The court does not find that recusal is necessary for the same reasons stated in this court's previous order denying Ms. Muhammad's prior motion for recusal. (See Doc. 14). This second motion for recusal (Doc. 15) is hereby **DENIED**.

The court notes that Ms. Muhammad was ordered to file her brief in this matter on or before September 17, 2010. (Doc. 12). To date, the court has not received Muhammad's brief. The court presumes that Ms. Muhammad's failure to file was an oversight and the court will grant her an extension until **October 6, 2010**. However, Ms. Muhammad should be advised that failure to file a brief on the merits by October 6, 2010 will result in her appeal being **dismissed**. Appellant Benice Muhammad is hereby **ORDERED** to file her brief on the merits of this appeal on or before **October 6, 2010**.

**DONE and ORDERED** this 22nd day of September, 2010.

                                                     /s/ Callie V. S. Granade
                                              UNITED STATES DISTRICT JUDGE